JASON HONAKER SBN 251170
1860 El Camino Real, Ste. 238
Burlingame, CA 94010
Telephone: (650) 259-9203
Facsimile: (877) 218-4033
jh@honakerlegal.com

Attorneys for Debtors
Seok Ki Lee and Hae Kyung Lee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Seok Ki Lee and Hae Kyung Lee<br><br>Debtor. | Chapter 13<br>Bankruptcy No.: 15-30180<br><br>**EX PARTE MOTION TO APPROVE DOCUMENT (LOAN MODIFICATION)** |

# EX PARTE MOTION TO APPROVE DOCUMENT

The Debtors Seok Ki Lee and Hae Kyung Lee, hereby move the court for an order approving his proposed loan modification. The Debtor sought a loan modification on their primary residence, located at and commonly known as 2411 Carlmont Drive, Belmont, CA 94002. The lender has requested an order approving the proposed modification.

The proposed modification pertains to the first position mortgage on the property, and is the sole lien upon the property. There are no junior or senior lien holders whose interests will be affected by this loan modification. Indeed, the modification will result in more manageable mortgage payments for the Debtor, thereby improving their ability to make their plan payments. Thus, this modification should be in the best interests of the creditors. The terms of the loan modification are attached as Exhibit A for the Court's review.

Accordingly, the Debtor moves this court for an order approving such modification. The debtor's do not seek court approval of specific terms of the document, but only approval for debtor to enter into a loan modification they believe will help them administer their budget.

1

Dated: August 5, 2016

/s/ Jason Honaker

Jason Honaker
Attorney for Debtor