Signed and Filed: August 10, 2016

JASON HONAKER SBN 251170
1860 El Camino Real, Ste. 238
Burlingame, CA 94010
Telephone: (650) 259-9203
Facsimile: (877) 218-4033
jh@honakerlegal.com

Attorneys for Debtors
Seok Ki Lee and Hae Kyung Lee

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Seok Ki Lee and Hae Kyung Lee<br><br>Debtors. | ) Chapter 13<br>) Bankruptcy No.: 15-30180<br>)<br>) **ORDER APPROVING DOCUMENT**<br>)<br>)<br>)<br>)<br>) |

## ORDER APPROVING DOCUMENT

Upon application by the Debtors, their loan modification is hereby approved. This order does not confer any approval of any specific terms of the loan modification. In addition, the Court is not making any finding regarding the substance of the deal.

**\*\*\* END OF ORDER \*\*\***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | No recipients. |